UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YASSAR J. LINARES,

                                    Movant,                              22-CV-4032 (LTS)

              -against-                                                  10-CR-996-1 (RWS)

UNITED STATES OF AMERICA,                                  CIVIL JUDGMENT

                                    Respondent.

       For the reasons stated in the October 4, 2022, order, this action is dismissed.

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    October 4, 2022
           New York, New York

                                          _____
                                                  /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge